STATE OF NORTH CAROLINA v. HARRY LEE DUNN

No. 7310SC70

(Filed 28 March 1973)

**Robbery § 4— common law robbery — no error in trial**
    Defendant in a common law robbery case had a fair trial free from prejudicial error.

State v. Dunn

APPEAL by defendant from *Canaday, Judge,* 10 July 1972 Session of Superior Court held in WAKE County.

Defendant was charged in a bill of indictment with common law robbery. The evidence for the State tended to show the following: On 7 May 1972, between ten and eleven o'clock p.m., defendant went into the Kwik-Pik store on the old Garner Road. He demanded of the cashier that she "[t]ake the money out of the cash register." Defendant had one hand in his pocket and the cashier heard a "click." She gave defendant the money because she was afraid and she thought she was protecting her life. The cashier had seen defendant before and identified him as the perpetrator of the robbery.

The jury found defendant guilty of common law robbery. He appealed.

*Attorney General Morgan, by Associate Attorney Kramer, for the State.*

*Charles H. Yarborough, Jr., for the defendant.*

BROCK, Judge.

The trial court was properly organized and had jurisdiction of the defendant and the subject matter. The bill of indictment was proper in form. Defendant was duly arraigned upon the charge of common law robbery and entered a plea of not guilty. The evidence was sufficient to be submitted to the jury, the verdict of the jury was proper in form, and the judgment was correctly entered. The sentence imposed does not exceed the maximum allowed by law.

In our opinion, defendant had a fair trial which was free from prejudicial error.

No error.

Judges HEDRICK and VAUGHN concur.